UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOSEPH SHANAHAN,                                    :
            Plaintiff,                           :
                                                     :      **ORDER**
v.                                                  :
                                                     :      21-cv-6795
KILOLO KIJAKZI,                                     :
ACTING COMMISSIONER OF SOCIAL                       :
SECURITY,                                           :
            Defendant.                            :
---------------------------------------------------------------x

      To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

      If both parties consent to proceed before the Magistrate Judge, counsel for the defendant must, by no later than November 12, 2021, file a letter with the Court, with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit.

      If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, defendant's counsel shall file a letter by no later than November 12, 2021, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  The parties are free to withhold consent without negative consequences.

Dated: October 12, 2021
       New York, NY

                                            SO ORDERED:

                                            _____
                                            United States District Judge